In the Matter of the Will of EDWARD W. BROWNING, Deceased.

DOROTHY B. HOOD, Appellant; TITLE GUARANTEE AND TRUST COMPANY, as Executor of EDWARD W. BROWNING, Deceased, et al., Respondents.

Argued May 17, 1939; decided June 19, 1939.

*Samuel Seabury* and *Daniel A. Shirk* for appellant.

*Joseph V. McKee* and *William T. Griffin* for Title Guarantee and Trust Company, as executor, respondent.

*John J. Bennett, Jr., Attorney-General* (*Robert P. Beyer* and *Henry Epstein* of counsel), appearing on behalf of unknown beneficiaries, respondent.

Order affirmed, with costs to all parties filing briefs, payable out of the estate; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.